AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

FILED IN OPEN COURT
ON 12-11-2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

United States of America )
v. ) Case No. 4:23-MJ-1134-2
TANYA BISHOP )
)  Charging District: District of Columbia
*Defendant* ) Charging District's Case No. 1:23-MJ-335-2

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: US DISTRICT COURT 333 CONSTITUTION AVE, NW WASHINGTON, DC | Courtroom No.: VIA ZOOM APPEARANCE |
| --- | --- |
| | Date and Time: 12/14/2023 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/11/2023

*Judge's signature*

KIMBERLY A. SWANK, US MAGISTRATE JUDGE
*Printed name and title*